## CIRCUIT COURT OF LOUDOUN COUNTY

Purcellville Associates, L.L.C.

v.

McDonald's Corp.
and Anne, Inc.

September 15, 1997

Case No. (Law) 18882

BY JUDGE THOMAS D. HORNE

This matter came before the Court for trial upon the Motion for Declaratory Judgment filed by Purcellville Associates, L.L.C., and upon the Counterclaim of the Defendant, the McDonald's Corporation. Based upon a consideration of the evidence and the arguments of counsel thereupon, the Court makes the following findings relative to the issues raised by the pleadings.

The Court finds upon the evidence presented and the arguments of counsel that the relevant provisions of the lease of February 6, 1980, should be interpreted so as to exclude, during the period of the lease, the operation of a Wendy's, Burger King, and/or Hardee's restaurant upon the real property owned by the Plaintiff and located in the Town of Purcellville, Loudoun County, Virginia, and which is shown on the plat, Plaintiff's Exhibit No. 1. Both the property owned by the Plaintiff and that leased to the Defendant McDonald's were, at the time of the execution of the lease, owned by the Defendant, Anne, Inc.

The Court finds that the description contained in the restrictive covenant describing the adjacent property as "in the proposed shopping center" does not limit the restriction to that portion of the tract owned by Anne in February of 1980 which would in fact be developed into the shopping center where the McDonald's restaurant is currently located. The parties at the time of the execution of the lease contemplated a different site plan for a shopping center than would eventually be developed. Furthermore, it is reasonable that the

parties intended that the reference to a proposed shopping center was to identify future uses of the entire Anne, Inc., tract which are readily identified with shopping centers generally, rather than tied to a specific land use plan. *See Dart Drug v. Nicholakos*, 221 Va. 989 (1981).

A shopping center is defined in general as, "a concentration of retail stores and service establishments in a suburban area, usually with generous parking space and usually planned to serve a community or neighborhood." Webster's Third New International Dictionary, 1981. Plaintiff's Exhibit No. 2 shows the location of a fast food restaurant adjacent to an existing commercial shopping center. Both the existing shopping center and the proposed site for a Burger King restaurant were located on lands owned by the Anne, Inc., at the time of the execution of the lease. The operation of a Burger King at that location is prohibited by the terms of the lease, which are binding upon the instant Plaintiff. Accordingly, the Court will deny the relief sought by the plaintiff and grant the relief asked for by McDonald's in its counterclaim.

The Court finds that the restricted covenant in McDonald's recorded lease precludes plaintiff from permitting a Wendy's, Burger King, and/or Hardee's to operate on its property.